FILED

MAY - 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) | CASE NO. 5:25CR00206 |
| DANIEL NUTT, | ) ) ) | Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(5)(B) |
| Defendant. | ) ) | JUDGE LIOI |

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about February 3, 2024, through on or about December 19, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant DANIEL NUTT, did knowingly receive or distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), having previously been convicted of Illegal Use of a Minor in a Nudity Oriented Material, a violation of Ohio Revised Code section 2907.323(A)(1)(B), in violation of Title 18, United States Code, Section 2252(a)(2).

<u>COUNT 2</u>
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2. On or about December 20, 2024, in the Northern District of Ohio, Eastern Division, Defendant DANIEL NUTT, did knowingly possess an electronic device, including but not limited to, a black Samsung Galaxy S24 cellular telephone, that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, having previously been convicted of Illegal Use of a Minor in a Nudity Oriented Material, a violation of Ohio Revised Code section 2907.323(A)(1)(B), in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.